[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-13598
Non-Argument Calendar
_____

D.C. Docket No. 8:18-cr-00517-MSS-AEP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES THOMAS LANG, III,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 5, 2021)

Before WILSON, ROSENBAUM, and BRANCH, Circuit Judges.

PER CURIAM:

Charles Britt, appointed counsel for James Lang in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lang's conviction and sentence are **AFFIRMED**.